# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA EX REL. SUN COAST CONTRACTING SERVICES, LLC, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO.: 13-00297-BAJ-RLB LEAD CASE** |
| **DQSI, LLC, ET AL.** | **C/W 13-cv-00568-BAJ-RLB 13-cv-00652-BAJ-RLB** |

## ORDER

Before the Court is the **Motion to Strike (Doc. 113)** filed by Defendant Western Surety Company ("Western Surety"), seeking to strike the **Memorandum in Opposition to Motion to Dismiss by Western Surety (Doc. 110)** filed by Plaintiff Sun Coast Contracting Services, LLC ("SCCS") or, alternatively, require SCCS's submission of an opposition in compliance with the Local Rules. Western Surety correctly notes that this Court's Local Rules limit the page length of opposition memoranda to ten pages, unless leave of Court to exceed such limit is granted. *See* LR 7(g). SCCS filed its twenty-page opposition memorandum without first seeking leave of Court, in derogation of the Local Rules. (*See* Doc. 110 at pp. 1–20). Subsequent to Western Surety's filing of its motion to strike, SCCS filed an **Ex Parte/Consent Motion for Leave to File Memorandum in Excess of Ten (10) Pages (Doc. 114)**, in which SCCS seeks leave of Court to exceed the page limit for its opposition memorandum.

It is the responsibility of each attorney practicing before this Court to familiarize himself or herself with the Local Rules and adhere to them fully. Although counsel for SCCS did not obtain leave of Court before filing its first opposition, the Court finds good cause to grant SCCS leave to exceed the page limit for this memorandum due to the factual complexity of this case.

Accordingly,

**IT IS ORDERED** that the **Motion to Strike (Doc. 113)** filed by Defendant Western Surety Company is **GRANTED**.

**IT IS FURTHER ORDERED** that the **Memorandum in Opposition to Motion to Dismiss by Western Surety (Doc. 110)** filed by Plaintiff Sun Coast Contracting Services, LLC is **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that the **Ex Parte/Consent Motion for Leave to File Memorandum in Excess of Ten (10) Pages (Doc. 114)** filed by Plaintiff Sun Coast Contracting Services, LLC is **GRANTED**.

Baton Rouge, Louisiana, this 18th day of June, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**