UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CIVIL ACTION
EX REL. SUN COAST CONTRACTING
SERVICES, LLC, ET AL.

VERSUS

DSQI, LLC, ET AL.                 NO.: 13-00297-BAJ-RLB

ORDER

On September 18, 2015, all parties notified the Court by way of joint motion seeking a stay or continuance that a tentative settlement has been reached, and that the settlement requires approval from a bankruptcy trustee in connection with Case No. 2:15-bk-10016 in the U.S. Bankruptcy Court of the Eastern District of Louisiana. (Doc. 164 at p. 2). On September 24, 2015, the Court granted the joint motion and administratively stayed this action pending approval of the settlement. (Doc. 165). On December 1, 2015, all parties participated in a telephone status conference to discuss the progress of the settlement efforts. The parties informed the Court that the proposed settlement remains pending before counsel for the bankruptcy trustee.

Albert J. Derbes, IV

Considering the foregoing,

**IT IS ORDERED** that all parties and the bankruptcy trustee, or his attorney, Albert J. Derbes, IV, organize and participate in a telephone status conference at **11:00 a.m. on Thursday, December 17th, 2015**, to inform the Court of the status of the bankruptcy trustee's review of the settlement agreement.

**IT IS FURTHER ORDERED** that the Clerk of Court email notice of this Order to Albert J. Derbes, IV, at ajdiv@derbeslaw.com and mail notice of the same to the following address: Albert J. Derbes, IV, The Derbes Law Firm, LLC, 3027 Ridgelake Drive, Metairie, LA 70002.

Baton Rouge, Louisiana, this 3rd day of Decemember, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**